**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6420**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL DALE BENNIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, Chief District Judge.  (4:16-cr-00091-MSD-RJK-1)

Submitted:  July 9, 2025                                Decided:  July 24, 2025

Before GREGORY, BENJAMIN, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Dale Bennis, Appellant Pro Se.  Therese Njeri O'Brien, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Dale Bennis appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Bennis,* No. 4:16-cr-00091-MSD-RJK-1 (E.D. Va. Apr. 15, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2